No. 77–5939. ILACQUA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬

No. 77–5948. YOUNG v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▬▬▬▬▬▬▬▬

No. 77–5962. HARMON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬

No. 77–6024. LEWIS ET UX. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–6030. JOHNSON v. NUNES ET AL. C. A. 1st Cir. Certiorari denied. ▬▬▬▬▬▬▬▬

No. 77–6032. HURD v. HURD. Sup. Ct. Cal. Certiorari denied.

No. 77–6036. PERSINGER v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied. ▬▬▬▬▬▬▬▬

No. 77–6044. McCRARY v. LeFEVRE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 77–6048. JONES v. McCRACKEN. C. A. 10th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬

No. 77–6050. HOUSTON v. EGELER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 77–6053. HURT v. LORTON COMPLEX ET AL. C. A. 4th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬

No. 77–6083. HULSE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬

No. 77–6110. DEATON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▬▬▬▬▬▬▬▬

No. 77–6116. MOYNAGH v. UNITED STATES. C. A. 1st Cir. Certiorari denied. ▬▬▬▬▬▬▬▬